

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. Julian Montgomery
State Highway Engineer
Austin, Texas

Dear Sir:

Opinion No. O-1426
Re: Traveling expenses of State Highway
Engineer

By your letter of September 8, 1939, you ask this
department whether, under Article 6669 of the Revised
Civil Statutes, the State Highway Engineer would be en-
titled to receive all of his actual expenses incurred in
the performance of his duties under the direction of the
Highway Commission without regard to the limitation as to
the amount to be spent per day, as set out in the General
Rider appearing at the end of the Departmental Appropria-
tion Bill.

Article 6669 provides for the election, by the High-
way Commission, of a State Highway Engineer, and states
that "He shall be allowed all actual traveling and other
expenses therefor, under the direction of the Department,
while absent from Austin in the performance of duty under
the direction of the Commission."

The General Rider to the Departmental Appropriation
Bill passed by the 46th Legislature provides in part as
follows:

"All employees traveling at the expense of
the State are hereby limited to the amount of
Four ($4.00) Dollars per day expenses for meals
and lodging; ..."

This provision of the rider to the Departmental Ap-
propriation Bill does not abrogate the right of the State
Highway Engineer to be reimbursed for all actual traveling
expenses, but merely constitutes an exercise of the legis-
lative prerogative to determine the reasonableness of

traveling expenses to be incurred by State employees in procuring meals and lodging. It was clearly within the province of the Legislature, in providing, by appropriation, funds for certain purposes, to attach such conditions to their expenditure. These restrictions upon the expenditure of funds provided for traveling expenses are applicable to the State Highway Engineer, and you are therefore advised he will not be entitled to receive traveling expenses incurred in the performance of his duties under the direction of the Highway Commission beyond and above the limitation placed upon the expenditure of funds for such purposes by the rider appended to the Departmental Appropriation Bill of the 46th Legislature.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *R. W. Fairchild*

R. W. Fairchild
Assistant

RWF:pbp

APPROVED SEP 14, 1939

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS